Decided May 15, 2003

## STATE OF CONNECTICUT *v.* JASON MANN

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 76 Conn. App. 48 (AC 22402), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's denial of the defendant's motion to suppress?"

The Supreme Court docket number is SC 16996.

*Christopher T. Godialis*, assistant state's attorney, in support of the petition.

*Glenn W. Falk,* special public defender, in opposition.

Decided May 15, 2003